O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DWIGHT A. STEFFENSEN et al, | Case No. 5:26-cv-01930-ODW (ACCVx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| NEWREZ, LLC et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

1

## <u>JUDGMENT</u>

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, (Dkt. No. 11), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiffs shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 7, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2